## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Richard Pitts DEFENDANT(S). | CASE NUMBER ED14-MJ-00159 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Thursday, April 17, 2014</u>, _____, at <u>3:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>SHERI PYM</u>, in Courtroom <u>4-3rd Floor</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: 4-15-14

SHERI PYM
~~U.S. District Judge~~/Magistrate Judge